IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **OMAR SANCHEZ**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 7464 |
| | ) | |
| **COOK COUNTY**, **COOK COUNTY SHERIFF'S DEPARTMENT**, **COOK COUNTY DEPARTMENT OF CORRECTIONS**, **SHERIFF THOMAS DART** and **SHERIFF OF COOK COUNTY**, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court's November 26, 2013 memorandum order granted the motion by which pro se plaintiff Omar Sanchez ("Sanchez") sought pro bono counsel to represent him, and Richard Boonstra of this District Court's trial bar was designated for that purpose. Because Boonstra has now learned of a conflict of interest created by the representation, by one of the other partners in his law firm, of certain of the defendants in related areas of practice, he has noticed up for March 6 a motion to withdraw as counsel based on that conflict of interest. This Court sees no reason to wait for more than a week to address an obviously appropriate motion. Instead the motion is granted, and this Court has obtained the name of the following member of the District Court's trial bar to represent Sanchez:

> Cary Alexander Horvath
> Odelson & Sterk, Ltd.
> 3318 West 95th Street
> Evergreen Park, IL 60805
> 708- 424-5678
> E-mail: chorvath@odelsonsterk.com.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 26, 2014