IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **OMAR SANCHEZ**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 7464 |
| | ) | |
| **COOK COUNTY, COOK COUNTY SHERIFF'S DEPARTMENT, COOK COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF THOMAS DART** and **SHERIFF OF COOK COUNTY**, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

After each of the two members of this District Court's trial bar who had successively been designated to represent pro se prisoner plaintiff Omar Sanchez ("Sanchez") had been compelled to withdraw from such representation because of conflicts of interest, the designation of a successor became more complicated because Sanchez was no longer in custody. At that point defense counsel properly raised the need for Sanchez to comply with our Court of Appeals' jurisprudence under which an admittedly impecunious plaintiff is required to identify all efforts made to obtain counsel through his or her own efforts.

Sanchez has now filed a Motion for Attorney Representation ("Motion") to that end. But in response to the question identified in the preceding paragraph, Sanchez has offered only the bizarre statement that the lawyers whom he has assertedly contacted are the selfsame lawyers whom this Court had designated and who had to withdraw because of their conflicts of interest.

That just won't do the job, and Sanchez has to know it.  Accordingly his Motion is denied, and he must proceed pro se.  As a reminder, the next scheduled status hearing in this action is at 9 a.m. April 16, 2014.

                                                                             Milton I. Shadur

Date:  April 4, 2014                                        Senior United States District Judge