# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

OMAR SANCHEZ, )
 )
        Plaintiff, )
 )
   v. ) Case No. 13 C 7464
 )
COOK COUNTY, et al., )
 )
        Defendants. )

## MEMORANDUM ORDER

After this Court's November 26, 2013 memorandum order ("Order") had applied the provisions of 28 U.S.C. § 1915 ("Section 1915") to permit pro se plaintiff Omar Sanchez ("Sanchez") to proceed with his Complaint and has designated counsel from this District Court's trial bar to represent Sanchez in pursuing his claims, the latter effort turned out to be snake-bitten: Not one but two successive designated counsel had to withdraw because of conflicts of interest. In the meantime Sanchez has been released from custody, so that the Section 1915 provision that requires payment of the full $350 filing fee in future installments based on deposits to Sanchez' institutional trust fund account can no longer apply literally.

Sanchez has now submitted another In Forma Pauperis Application that reconfirms his poverty level and hence his continuing entitlement to in forma pauperis ("IFP") treatment, so that this Court has had to look into the continuing effect (if any) of its earlier Order. That search has led to our Court of Appeals' decision in Robbins v. Switzer, 104 F. 3d 895 (7th Cir. 1997), which deals with a similar situation in the context of IFP treatment at the Court of Appeals level but is sufficiently analogous to the issue now before this Court to provide appropriate guidance on the subject.

Under Robbins, id. at 897-98 Sanchez is entitled to continue with his action pursuant to Section 1915(b)(4) because of his current poverty. Although further prepayment of the amount remaining unpaid toward the $350 filing fee pursuant to Section 1915 is not required, it appears that Sanchez remains liable for the entire portion of the $350 filing fee not already paid.

To enable the case to get back on track, this Court has obtained the name of still another member of the trial bar who is designated to represent Sanchez pro bono publico:

> Gary Michael Elden
> Grippo & Elden
> 111 South Wacker Drive
> Chicago, IL 60606
> (312) 704-7700
> Email: docket@grippoelden.com

This case has been previously set for an 8:45 a.m. June 6, 2014 status date, and the newly designated counsel will be expected to appear at that time.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 27, 2014